IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHANGKOUTH WAL CHOR KOR, Petitioner, vs. ERIC QUELLETE, Acting DFOD SPM, Field Director for Immigration and Customs Enforcement (ICE); Respondent. | 8:17CV5 MEMORANDUM AND ORDER |

On January 30, 2017, the court ordered Petitioner to update his address by March 1, 2017, or face dismissal of this matter. (Filing No. 6.) To date, Petitioner has failed to update his address.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice. The court will enter Judgment by a separate document.

Dated this 2nd day of March, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge